**Fill in this information to identity the case:**

Debtor 1: Mack E. Sanders; aka Mack Earl Sanders, Jr.; aka Max Sanders

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Ohio (State)

Case number: 2:14-bk-52443

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Aspen I Revocable Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 0 9 2

**Property address:** 1178 Linwood
Number    Street

Columbus    OH    43206
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Mack E. Sanders | Case number (if known) 2:14-bk-52443 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 10/16/2019

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In Re: | Case No. 2:14-bk-52443 |
| Mack E. Sanders<br>  *aka* Mack Earl Sanders, Jr.<br>  *aka* Max Sanders | Chapter 13 |
| Debtor. | Judge John E. Hoffman, Jr. |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Response to Notice of Final Cure Payment was served **electronically** on October 16, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on October 16, 2019 addressed to:

Mack E. Sanders, Debtor
1178 Linwood Avenue
Columbus, OH 43206

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor